















LAO    1/30/06    13:54

3:06-M -00154   USA V. CARDENAS-CALVILLO

*1*

*CRCMP.*

FILED

06 JAN 30 AM 10: 33

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CALIFORNIA

BY: Z O... 05 ...0154 ...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case No. |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 841/846 - |
| | ) | Conspiracy To Possess with Intent to |
| | ) | Distribute a Controlled |
| CARLOS EUGENIO CARDENAS- | ) | |
| CALVILLO, | ) | Substance |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

Beginning at an unknown date and continuing up to January 25, 2006, within the Southern District of California, and elsewhere, defendant CARLOS EUGENIO CARDENAS-CALVILLO, Did knowingly and intentionally conspire with others to possess, with intent to distribute over 1,000 kilograms of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30 DAY OF

_____ 2006.

_____
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

**I, SENIOR SPECIAL AGENT GERARDO OCHOA, DECLARE UNDER PENALTY OF PERJURY, THE FOLLOWING IS TRUE AND CORRECT:**

On January 25, 2006, a federal search warrant was executed for "V and F Distributors, LLC" at 8640 Siempre Viva Road, San Diego, California (the "V and F warehouse"), located near the Otay Mesa Port of Entry. During that search, agents found a tunnel spanning from a Mexican warehouse to the V and F warehouse. The tunnel was approximately 5-6 feet high and approximately 4-5 feet wide and spanned approximately 725 meters (½ mile underground). On the Mexican side, Mexican officials recovered approximately two tons of marijuana in boxes inside the entrance of the tunnel. During the execution of the search warrant at V and F Distributors, agents found three boxes of marijuana, weighing approximately 200-300 pounds. The V and F warehouse is approximately 50,000 square feet. The warehouse was vacant and empty with the exception of a couple of pallets containing fruit/vegetable. There were several offices inside the warehouse on two floors, which were ALL vacant with the exception of two offices. One office had a sleeping bag and television and other office had a desk and two chairs, two computers, telephones, fax machines and printers. One of the computers – the lap top computer – belonged to the defendant Carlos Eugenio Cardenas-Calvillo. There were other notations with the defendant Carlos Eugenio Cardenas-Calvillo's name on the documents inside that one occupied office. There were financial and business documents, such as inventory lists and invoices, and shipping documents in and around the desk.

Investigation of V and F Distributors, a recent established business, showed that Vicente Rodriguez and Fernando Avila were the owners of V and F Distributors and the lessee of the warehouse at 8640 Siempre Viva Road. The owner of the warehouse rented that location to V and F Distributors for $247,000 for the first six months, which was paid before V and F Distributors took exclusive control of the warehouse in early November 2005, but had been negotiating with the owner about the purchase and lease since March 2005. Based on the ongoing investigation and intelligence information to date, combined with the construction of the tunnel, agents estimate that the tunnel began construction around May 2004 in Mexico and operational by November 2, 2005.

Further investigation showed that there were only the (10) commercial entries in the name of V and F Distributors beginning in January 19, 2006 to January 26, 2006, reflecting the warehouse's name and address. However, none of these shipments were delivered to the V and F Distributor, the destination on the manifests for entry into the United Sates. Rather, the truckers, who worked for Fernando Avila's trucking company in Mexico, drove the cargo containing fruits and vegetable directly to Los Angeles. The office manager who worked inside the warehouse 3-4 days each week, admitted that there were no deliveries made inside the warehouse and the warehouse and offices were vacant, with the exception of the desk and two chairs with computer and digital media inside her office.

The office manager was interviewed on January 27, 2006 and below are some of her statements that she made to the agents. The office manager claimed that she obtained invoices from Fernando Avila on deliveries already made to Los Angeles and followed up on payments (approximately 12-20 each week); she answered a few calls per day; and she did bank records (around $25,000). She said that the warehouse was vacant and did not operate as a normal business. She was aware V and F Distributors were paying $29,000 each month for rent. She claimed that the defendant Carlos Eugenio Cardenas-Calvillo, Fernando Avila, and Vicente Rodriguez, and another individual had the keys to the warehouse. Any one of them would let her in the warehouse and at the end of the day, they would lock up behind her. They did not stay with her throughout the day. Inside the office warehouse, she worked on the computer, purchased approximately three weeks ago, inside the office, although she agreed that the work was not time-consuming. She also said that the lap top computer found at the warehouse during the search belonged to the defendant.

She further stated that she contacted the defendant for her work schedule, including the week of the discovery of the tunnel (week of January 25). She did not work that week, which was unusual. Defendant also called the office manager after she was interviewed by the investigators on January 27.

She said that defendant worked for Fernando Avila at the warehouse and in Los Angeles, arranging sales for the business. She said that the door to tunnel's exit was always locked, but she did tell the defendant that they should use that locked room (where the tunnel was found) as a storage place; when asked what type of things would be stored there, she said the computer boxes [the computer was purchased approximately three weeks earlier.] She could not explain why they could not use the other empty offices for storing the computer boxes.

Based on the investigation to date, and based on my training and experience which consisted of 5 years with ICE and 12 years with Border Patrol, and conversations with other agents, I believe that V and F Distributors, LLC, was using the warehouse to conduct illegal narcotics transactions from the tunnel from Mexico. The warehouse was largely vacant and was not used in the commercial type of legitimate business. However, to disguise the purpose of the warehouse and the business of V and F Distributors, the company maintained an appearance of conducting some legitimate commercial and shipping business from Mexico to Los Angeles, which shielded the illegal activities of the warehouse, and facilitated the conspiracy to import narcotics into the United States.

On January 28, 2006, defendant was interviewed by the agents, some of his statements are noted below. Defendant claimed that he was offered a job by Fernando Avila in October 2005 in sales as part of V and F Distributors with clients in Los Angeles. Around November 2005, defendant worked primarily at the V and F Warehouse (8640 Siempre Viva Road). He has known Fernando Avila for many years and believes that Fernando Avila was associated with a major Mexican drug cartel. Defendant claimed that in November 2005, he believed that there was a tunnel located inside the warehouse and that the warehouse was being used for narcotics transactions. He was aware that there was a locked room in the warehouse. He noticed tire tracks inside the warehouse, mud on the locked door where the tunnel was located, and found narcotics wrapping inside the warehouse. He believed that there was no business or deliveries conducted in the warehouse and there was no movement of goods in the warehouse. Defendant continued to work for Fernando Avila in the V and F Distributors, which maintained some fruit and vegetable businesses. The defendant admitted that the computer lap top found in the warehouse was his and that he was in contact with the office manager about her work schedule. In addition, he has spoken to her on Friday after she was interviewed by the agents.

Agents also learned that Fernando Avila is the god-father for the defendant's wedding, who assisted in the cost and expenses of defendant's wedding.

Fernando Avila contacted him to inform him that "it was over" after the tunnel was discovered and was instructed by others to throw out all existing phones and to not leave the area.

Executed on January 29, 2006 at /05 hours.

SENIOR SPECIAL AGENT GERARDO OCHOA
IMMIGRATION AND CUSTOMS
ENFORCEMENT

On the basis of the facts presented in the Probable Cause Statement consisting of four pages, I find Probable Cause to believe that the defendant named in the Probable Cause Statement committed up to January 26, 2006 in violation of Title 21, United States Code, Section 841(a)(1) and 846.  *the offense described in The complaint and affidavit*

__1/29/06 - 8:25 PM__
DATE/TIME

UNITED STATES MAGISTRATE JUDGE